# SABOR CUBANO, INC.

Centro Internacional de Mercadeo
90 Carretera 165
Ave. Los Caños, Local C101-C102
Guaynabo, PR 00968

## RESOLUCION CORPORATIVA

El día 7 de junio de 2010, a las 10:00 a.m., se reunió la Junta Corporativa de Sabor Cubano, Inc., para discutir la situación económica del negocio. De lo discutido en dicha reunión, se acordó lo siguiente:

- ✓ Luego de haber recibido orientación de varios contables y abogados, llegamos a la conclusión de radicar una acción en el Tribunal de Quiebras.

- ✓ Esta decisión se basó debido a la crisis económica que vive el País, y porque es incostiable el negocio debido a la merma en ventas que hemos tenido desde el año 2007.

- ✓ El acuerdo fue unánimemente aprobado por todos los miembros de la Junta y decidimos cerrar operación a partir del 28 de junio de 2010.

- ✓ La Junta la confirmó, siendo efectiva en pleno y así quedó aprovada sin otro asunto pendiente de discutir.

- ✓ Cerramos la reunión firmando la misma.

_____
Rafael Silva Pacheco
Presidente

_____
Rosa López Quiles
Secretaria

REST. SABOR CUBANO
2003
139,843
PUERTO RICO